RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 10 / 11 / 06
BY Om

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| DONNELL GRAY | CIVIL ACTION NO. 06-609-P |
| VERSUS | JUDGE STAGG |
| LARRY DEAN, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 10th day of October 2006.

TOM STAGG
UNITED STATES DISTRICT JUDGE